THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph Dempsey, Appellant.
 
 
 

Appeal From Jasper County
 Jackson V. Gregory,
 Circuit Court Judge

Unpublished Opinion No.  2007-UP-503
Submitted October 1, 2007  Filed October 29, 2007

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Aileen P. Clare, South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor I. McDuffie Stone, III, of Hampton,
 for Respondent.
 
 
 

PER
 CURIAM:  Joseph Dempsey
 appeals his guilty plea to criminal domestic violence of a high and aggravated
 nature for which he was sentenced to ten years confinement, suspended on
 service of six years confinement and three years probation.  He maintains the
 circuit courts sentence was constitutionally disproportionate, given the
 extent of the victims injuries and Dempseys lack of violent conduct in the
 past.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Dempseys appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.